IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| AMBER WOODSON, ANTHONY BRYAN, AUSTIN POOL, MARC CULPEPPER, and MARCUS ISSAC, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ORACLE CORPORATION, COX ENTERPRISES, INC., EMERSON ELECTRIC CO., and WP COMPANY d/b/a THE WASHINGTON POST,<br><br>Defendants. | Case No. 1:25-cv-01902-ADA-SH |

**UNOPPOSED STIPULATION FOR EXTENSION OF TIME TO
RESPOND TO COMPLAINT**

Defendant Oracle Corporation ("Oracle") files this Unopposed Stipulation for Extension of Time to Respond to the Complaint, respectfully stating as follows:

On November 24, 2025, Plaintiffs filed a putative class action complaint naming Oracle as a defendant (the "Complaint") (ECF No. 1). On November 26, 2025, Plaintiffs served Oracle with the Summons and Complaint. *See* ECF No. 5. As a result, Oracle's current deadline to respond to the Complaint is December 17, 2025.

On December 11, 2025, Counsel for Plaintiffs filed a motion to consolidate this action with other actions filed by plaintiffs against Oracle and other defendants. *See Eagan v. Oracle*

*Corporation,* Case No. 1:25-cv-01805-ADA-SH, ECF No. 8 (the "Motion").[1] In the event the Motion is granted, Plaintiff will file a newly operative consolidated complaint that will require a response from Oracle. In light of the pending Motion, Plaintiff consents to an extension of Oracle's time to respond to the Complaint.

In accordance with the Court's Standing Order Regarding Joint or Unopposed Requests to Change Deadlines dated September 18, 2025, Oracle submits this Unopposed Stipulation to seek an extension of Oracle's deadline to respond to the Complaint to January 16, 2026.

Date:  December 17, 2025

Respectfully submitted,

By: */s/ Robert S. Harrell*
Robert S. Harrell
Texas Bar No. 09041350
James B. Danford, Jr.
Texas Bar No. 24105775
MAYER BROWN LLP
700 Louisiana Street, Suite 3400
Houston, TX 77002
Telephone: (713) 238-3000
rharrell@mayerbrown.com
jdanford@mayerbrown.com

---

[1] The Motion seeks consolidation of the following actions: *Eagan v. Oracle Corporation*, Case No. 1:25-cv-01805-ADA-SH; *Brown v. GlobalLogic Inc. and Oracle Corporation*, Case No. 1:25-cv-01824-ADA-SH; *Sainvil v. GlobalLogic Inc. and Oracle Corporation,* Case No. 1:25-cv-1854-ADA-SH; *Hernandez v. Envoy Air Inc. et al*., Case No. 1:25-cv-01862-ADA-ML; *Gomez v. LKQ Corporation, et al*., Case No. 1:25-cv-01864-RP; *Wilson v. David Yurman Enterprises, LLC et al*., Case No. 1:25-cv-01865-ADA-SH; *Garza v. Mastec, Inc., et al.*, Case No. 1:25-cv-01866-ADA-SH; *Magnusson v. GlobalLogic Inc. et al*., Case No. 1:25-cv-01868-ADA-SH; *Huntley v. Trimble, Inc. et al*., Case No. 1:25-cv-01871-ADA-SH; *Baril, et al., v. Oracle Corporation, et al*., Case No. 1:25-cv-01873-ADA-SH; *Jimenez v. Milgard Manufacturing LLC, et al*., Case No. 1:25-cv-01877-ADA-SH; *Dalton v. Rheem Manufacturing Company, et al*., Case No. 1:25-cv-01893-ADA-SH; *Woodson, et al v. Oracle Corporation, et al.*, Case No. 1:25-cv-01902-ADA-SH; *Peterson v. The University of Phoenix, et al.*, Case No. 1:25-cv-01915-ADA-SH; *Shike v. Oracle Corporation, et al.*, Case No. 1:25-cv-01916-ADA-SH; *Hightower v. Trimble*, Case No. 1:25-cv-01921; *LaMere, et al., v. Oracle Corporation*, Case No. 1:25-cv-01923; *Nance v. Oracle Corporation*, Case No. 1:25-cv-01924; *King v. Oracle Corporation*, Case No. 1:25-cv-01925; *Peterson v. Trimble*, Case No. 1:25-cv-01927; *Valdes v. Oracle Corporation*, Case No. 1:25-cv-01928; *Barnes v. Oracle, et al*., Case No. 1:25-cv-01935; *Proctor v. Oracle Corporation, et al.,* Case No. 1:25-cv-1939; *Smouse v. Canon USA, et al*., Case No. 1:25-cv-01952; *Torrente v. Oracle Corporation and Schneider Electric, USA*, Case No. 1:25-cv-1960; *Smith et al., v. Oracle Corporation, et al.,* Case No. 1:25-cv-1964-ADA-SH; *Brumwell et al., v. Oracle Corporation, et al.,* Case No. 1:25-cv-1980-ADA-SH; *Curlee v. The University of Phoenix Inc., et al.,* Case No. 1:25-cv-1999-ADA-SH; *Blount v. Oracle Corporation, et al.,* Case No. 1:25-cv-2003-ADA-SH; *Volsky v. Oracle Corporation, et al.,* Case No. 1:25-cv-2004-ADA-SH; and *Bennett v. Oracle Corporation, et al.,* Case No. 1:25-cv-2006-ADA-SH.

*Attorneys for Defendant Oracle Corporation*

*/s/ Joe Kendall*
Joe Kendall
Texas Bar No. 11260700
KENDALL LAW GROUP, PLLC
3811 Turtle Creek Blvd., Suite 825
Dallas, TX 75219
214-744-3000 / 214-744-3015 (Facsimile)
jkendall@kendalllawgroup.com

Raina C. Borrelli*
Samuel J. Strauss*
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (615) 254-8801
Facsimile: (872) 263-1109
raina@straussborrelli.com
sam@straussborrelli.com

*Pro hac vice forthcoming*

*Attorneys for Plaintiffs*

3

## **CERTIFICATE OF SERVICE**

     I hereby certify that on December 17, 2025, the foregoing was electronically filed through the Court's CM/ECF system and thereby served on all counsel of record via E-mail.

                                            By: */s/ James B. Danford, Jr.*
                                                    James B. Danford, Jr.